IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| WAVE LINX LLC, <br><br> Plaintiff, <br><br> v. <br><br> LUMEN TECHNOLOGIES, INC., <br><br> Defendant. | Civil Action No.: 2:21-cv-00118-JLR <br><br> **TRIAL BY JURY DEMANDED** <br><br> **SECOND STIPULATION FOR EXTENSION OF TIME AND ORDER** |

IT IS HEREBY STIPULATED by the undersigned counsel for Plaintiff Wave Linx LLC ("Plaintiff"), subject to the approval of the Court, that Defendant's time to answer, move, or otherwise respond to the Complaint in this action shall be extended an additional twenty-one days, up through and including May 6, 2021.

The reason for this extension is to allow Defendant additional time to investigate the allegations of the Complaint, as well as provides the parties additional time to discuss possible resolution of the matter. The requested extension should not disrupt the schedule in this case or prejudice any party.

**CERTIFICATE OF CONFERENCE**

I certify that the undersigned counsel conferred with counsel for Defendant and counsel for Defendant does not oppose this motion.

SECOND STIPULATION FOR EXTENSION OF TIME- 1

Dated: April 12, 2021

Respectfully submitted,

*/s/ Andrew S. Curfman*
Andrew S. Curfman (*Pro hac vice*)
SAND, SEBOLT & WERNOW CO., LPA
Aegis Tower – Suite 1100
4940 Munson Street NW
Canton, Ohio 44718
Phone: 330-244-1174
Fax: 330-244-1173
Andrew.Curfman@sswip.com

Philip P. Mann (WSBA No. 28860)
MANN LAW GROUP PLLC
1420 Fifth Avenue – Suite 2200
Seattle, Washington 98101
Phone: (206) 436-0900
Fax: (866) 341-5140
phil@mannlawgroup.com

ATTORNEYS FOR PLAINTIFF

SO ORDERED this 14th day of April, 2021.

_____
Hon. James L. Robart
UNITED STATES DISTRICT JUDGE

SECOND STIPULATION FOR EXTENSION OF TIME- 2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy has been electronically filed using the CM/ECF filing system, which automatically sends email notifications to all counsel of record and which will permit viewing and downloading of same from the CM/ECF system on April 12, 2021.

/s/ Andrew S. Curfman
Andrew S. Curfman

SECOND STIPULATION FOR EXTENSION OF TIME- 3